```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                         AT BLUEFIELD
```

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 1:01-00236-002

KATHY VANOVER

## MEMORANDUM OPINION AND ORDER

By letter to the court, defendant requested early release from her three-year term of supervised release. The court has considered defendant's background, her performance while on supervised release, and the recommendation of the United States Probation Office. It has also caused to be conducted a criminal records check which revealed no additional criminal activity. Furthermore, as of the entry of this Order, defendant has completed approximately 19 months of her term of supervised release. Accordingly, the court is of the opinion that this is an appropriate case for early termination of supervised release.

It is therefore **ORDERED** that defendant Kathy Vanover be released from her term of supervised release effective immediately.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record, to the United States Marshal for the Southern District of West Virginia, to the Probation Office of this court, and to defendant at HC 31, Box 265, Welch, West Virginia, 24801.

**IT IS SO ORDERED** this 3rd day of June, 2005.

ENTER:

*David A. Faber*

David A. Faber
Chief Judge